# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DANNY RIDLING**                                                       **PETITIONER**

**VS.**                      **NO. 5:05-cv-00300-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 21st day of February, 2007.

_____
United States Magistrate Judge